UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JAMES T. MURZIKE,

     Plaintiff,

v.                                             Case No. 3:24cv211-LC-HTC

J. E. CARR, et al.,

     Defendants.

_____/

**<u>ORDER</u>**

The magistrate judge issued a Report and Recommendation on June 7, 2024 (ECF No. 7), recommending this case be dismissed without prejudice as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (ECF No. 7) is

adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE as malicious

under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 26th day of June, 2024.


        s/L.A. Collier
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**